IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES BUCHANAN,

      Plaintiff,                            24cv0027
                                              ELECTRONICALLY FILED

   v.

Instructor/Officer BRYNER,

      Defendant.

## ORDER OF COURT

This matter was referred to United States Magistrate Judge Patricia Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

Magistrate Judge Dodge filed a thorough, well-reasoned Report and Recommendation ("R&R") on November 12, 2025, recommending that both Plaintiff James Buchanan's Motion for Summary Judgment (Doc. 79) and Defendant Instructor/Officer Bryner's Motion for Summary Judgment (Doc. 74) be denied. (Doc. 101).

As required by 28 U.S.C. § 636(b)(1) and Local Rule 72.D.2, the parties were notified that they had until November 26, 2025, to file written objections to the R&R, and until December 10, 2025, to file any responses to any objections filed (*Id.* at 13).

To date, Defendant Bryner has not filed an Objection to Magistrate Judge Dodge's Report and Recommendation.

On November 25, 2025, Plaintiff timely filed an Objection to Magistrate Judge Dodge's Report and Recommendation. (Doc. 103).

In his Objection, Plaintiff argues that contrary to Magistrate Judge Dodge's conclusions in the Report and Recommendation, the video evidence submitted to the Court supports

Plaintiff's version of the facts, and that the video lacks audio is irrelevant to the determination whether or not Defendant Bryner's use of force was justified, and thus, the Court should grant Plaintiff's Motion for Summary Judgment and enter judgment in Plaintiff's favor and against Defendant Bryner on Plaintiff's Eighth Amendment excessive force claim against Defendant Bryner.  (Doc. 103).

>With respect to the video evidence, Magistrate Judge Dodge explained:
>
>[T]he video evidence regarding Buchanan's encounter with Bryner . . . [is] inconclusive. The video has no audio and is from some distance away. Thus, Bryner's description of what Buchanan did—thrusting his buttocks at Bryner, grabbing Bryner's arm and raising his right hand toward Bryner—cannot be confirmed by a review of the video. While it is undisputed that Bryner struck Buchanan in the face with his fist, whether Bryner was reacting to actions taken by Buchanan cannot be determined based on the facts of record. Moreover, the fact that Buchanan and Bryner shook hands and exchanged fist bumps after the incident does not conclusively resolve this issue.
>
>Thus, whether Bryner's actions represented a good-faith effort to maintain or restore discipline or excessive force cannot be resolved based on the record. Given the existence of genuine issues of material fact, the trier of fact must determine whether Bryner used excessive force in violation of Buchanan's Eighth Amendment rights.

(Doc. 101 at 8).

Plaintiff's arguments in his Objection to Magistrate Judge Dodge's Report and Recommendation are meritless.  To the contrary, Magistrate Judge Dodge accurately analyzed the evidence of record and correctly concluded that both Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment had to be denied.

Accordingly, after *de novo* review of the record in this matter, including the video evidence (Doc. 82), Magistrate Judge Dodge's thorough, well-reasoned Report and Recommendation (Doc. 101), and Plaintiff's Objection to the Report and Recommendation

(Doc. 103), the following Order is entered:

AND NOW, this 11th day of December, 2025, it is ORDERED that Plaintiff's Objections to the Report and Recommendation (Doc. 103) are OVERRULED.

It is further ORDERED that both Plaintiff's Motion for Summary Judgment (Doc. 79) and Defendant Bryner's Motion for Summary Judgment (Doc. 74) are DENIED.

It is further ORDERED that Magistrate Judge Dodge's November 12, 2025 Report and Recommendation (Doc. 101) is adopted as the Opinion of the Court.

BY THE COURT:
s/Arthur J. Schwab
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

cc:   All ECF Registered Counsel of Record

James Buchanan
ET4089
SCI GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370